# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00185-CR
NO. 03-05-00186-CR

**David R. Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. 2042654 & 3041444, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

David Martinez seeks to appeal from judgments of conviction for burglary of a habitation. The trial court has certified that Martinez waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: May 16, 2005

Do Not Publish